UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT P. GRIESHEIMER, | Case No. 3:13-cv-304 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. 8); (2) DISMISSING PLAINTIFF'S COMPLAINT (Doc. 2) FOR FAILURE TO PROSECUTE; AND (3) TERMINATING THIS CASE**

This case is before the Court on the Report and Recommendation s of United States Magistrate Judge Sharon L. Ovington. (Doc. 8). The Magistrate Judge recommends that Plaintiff's Complaint (Doc. 2) be dismissed for failure to prosecute and failure to comply with Court orders. Plaintiff did not object to the Report and Recommendation and the time for doing so has expired. Accordingly, the Report and Recommendations is ripe for review by the Court.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* the substantive filings in this case. Based upon the reasoning set forth in the Report and Recommendations, and the Court's *de novo* review, the Court: (1) **ADOPTS** the Report and Recommendations (Doc. 8) in its entirety; (2) **DISMISSES** Plaintiff's Complaint (Doc. 2) pursuant to Fed. R. Civ. P. 41(b); and (3) **TERMINATES** this case on the Court's docket.

**IT IS SO ORDERED.**

Date: 3/12/14

Timothy S. Black
United States District Judge